**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00286-NYW

RICHARD PADILLA,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

---

**ORDER SETTING STATUS CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM**

---

Entered By Magistrate Judge Nina Y. Wang

    This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

    IT IS ORDERED:

1. The parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**March 15, 2016**

2. The court shall hold a Status Conference on:

**April 8, 2016 at 10:30 a.m.**

in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LR 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

**Plaintiff and his case manager shall contact the court at (303) 335-2600 on the above date and at the designated time in order to participate**.

      IT IS FURTHER ORDERED that a copy of this Order is to be sent to the following:

CASE MANAGER FOR
RICHARD PADILLA #120315
BENT COUNTY CORRECTIONAL FACILITY
11560 ROAD FF75
LAS ANIMAS, CO 81054-9573


DATED: February 23, 2016